VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
10174 Austin Drive
Spring Valley, CA 91979
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　Plaintiff,<br><br>　vs.<br><br>HUY KY BAKERY, INC.; DIEU VAN HUYNH; CHI BA LUU; and DOES 1-10,<br><br>　　Defendants. | Case No.: 3:25-cv-02773-RSH-AHG<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT - 1

1  Plaintiff RAUL URIARTE-LIMON hereby notifies the court that a global
2  settlement has been reached in the above-captioned case and the parties would like
3  to avoid any additional expense and further the interests of judicial economy.
4  Plaintiff therefore applies to this Honorable Court to vacate all currently set dates
5  with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as
6  to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

8  Respectfully submitted,

10 DATED:  November 11, 2025                VALENTI LAW APC

12                                           By:  /s/ Matt Valenti
13                                                Matt Valenti, Esq.
14                                                Attorney for Plaintiff
                                                  Raul Uriarte-Limon