Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
10174 AUSTIN DRIVE #1116
SPRING VALLEY, CA 91979
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>HUY KY BAKERY, INC.; DIEU VAN HUYNH; CHI BA LUU; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 3:25-cv-02773-RSH-AHG<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 1

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Raul Uriarte-Limon voluntarily dismisses this action <u>with</u> prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED: December 10, 2025                    VALENTI LAW APC

                                By:  */s/ Matt Valenti*
                                     Matt Valenti, Esq.
                                     Attorney for Plaintiff
                                     Raul Uriarte-Limon